In the Matter of the Application of JAMES L. RICHARDS and Others, Appel-

lants, and GASTON, WILLIAMS AND WIGMORE STEAMSHIP CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.